FILED
5/1/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
JXM

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: RARE BREED TRIGGERS PATENT LITIGATION**

ABC, IP, LLC, et al. v. Optics Planet, Inc. d/b/a OpticsPlanet, N.D. Illinois, C.A. No. 1:26-01072 ) MDL No. 3176

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER AND VACATING THE MAY 28, 2026 HEARING SESSION ORDER

A conditional transfer order was filed in the above-captioned action on April 3, 2026. Prior to expiration of that order's 7-day stay of transmittal, defendant Optic Planet, Inc. filed a notice of opposition to the proposed transfer. Defendant later filed the required motion and brief to vacate the conditional transfer order. Subsequently, *defendant Optic Planet, Inc.* has notified the Panel that they wish to withdraw the opposition to transfer the action.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-1" filed on April 3, 2026, is LIFTED. This action is transferred to the Eastern District of Texas for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Amos L. Mazzant, III.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on April 16, 2026, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Josh R. Bullock
Acting Clerk of the Panel