**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**
**Clerk**

**312-435-5670**

5/7//2026

Re: Eastern District of Texas

USDC Case Number: 1:26-cv-1072

MDL Number: 3176

Dear Clerk:

Enclosed is the certified record that is being transferred to your court pursuant to an order entered by the MDL Judicial Panel on 5/1//2026**:**

X Was electronically transmitted to: Eastern District of Texas

☐

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely.
Thomas G. Bruton, Clerk

By: /s/ J. Mejia
Deputy Clerk

Enclosures

**New Case No.** ______________________________ **Date** ______________________

cc: Non-ECF Attorneys and Pro se Parties

Rev. 11/10/2016